for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

WILLIAM J. GOODISON, Respondent, v. FRANK E. BROWN, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for damages for personal injuries in an automobile negligence action. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

AVIS GOODISON, an Infant, by WILLIAM J. GOODISON, Her Guardian ad Litem, Respondent, v. FRANK E. BROWN, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for damages for personal injuries in an automobile negligence action. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

THE BANK OF DEPEW, Appellant, v. CORNELIUS GIBBS, MAYME E. GIBBS and MARGARET H. RAINEY, Respondents.— Judgment modified on the law by providing for recovery in favor of the plaintiff and against the defendants Gibbs in the sum of $3,875, with interest from December 1, 1932, and as so modified affirmed, without costs. All concur. (The judgment declares certain deeds valid in an action to set aside conveyance of real property as in fraud of creditors.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MARGARET HASSETT, an Infant, by JOHN F. HASSETT, Her Guardian ad Litem, Respondent, v. JAMES WIGHTMAN, Appellant, and JAMES LIVINGSTON, Defendant. — Judgment and order affirmed, with costs. All concur. (The judgment is for damages for personal injuries in an automobile negligence action. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

JOHN F. HASSETT, Respondent, v. JAMES WIGHTMAN, Appellant, and JAMES LIVINGSTON, Defendant.— Judgment and order affirmed, with costs. All concur. (The judgment is for damages for personal injuries in an automobile negligence action. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

JOSEPH TOTORIS and LUDVIKA TOTORIS, His Wife, Respondents, v. ANTHONY WELIKES, Appellant.— Judgment reversed on the law, with costs, and motion denied, without costs. Memorandum: The affidavits present a question of fact as to the existence of consideration for the note alleged in the complaint and this question of fact is one which we are constrained to hold must be submitted to a jury. All concur. (The judgment was entered upon an order granting summary judgment in an action on a promissory note.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

ANNA F. BROWN, Respondent, v. EDWARD G. BROWN, Appellant.— Orders affirmed, with ten dollars costs and disbursements. All concur. (The first order strikes out a separate defense and the second order directs payment of counsel fees in an action for separation.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

CHARLES BIRD, Plaintiff, v. LEWIS BROTSKY and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies a motion to vacate the provisions of a previous order punishing the appellant for contempt of court.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.